# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Tiera Nicole Gardner          Docket No. 5:20-CR-180-2D

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tiera Nicole Gardner, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 27th day of July, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 15, 2021, the defendant submitted to a urinalysis screening which was confirmed positive for cocaine by Alere Laboratories on March 21, 2021. Gardner was confronted with the positive results on March 26, 2021, at which time she admitted to using cocaine. Further, when asked to provide a urinalysis screening on March 26, 2021, Gardner admitted it would be positive for cocaine, as she used two days earlier. Gardner signed an admission form and was also verbally reprimanded for her conduct. Further, Gardner's treatment provider was contacted, so that her treatment program could be increased, and she was placed into the surprise urinalysis program at the highest level.

**PRAYING THAT THE COURT WILL ORDER** that a hearing be scheduled to determine if the defendant's pretrial release should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake | /s/ Jay Kellum |
| David W. Leake | Jay Kellum |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-346-5109 |
| | Executed On: March 26, 2021 |

### ORDER OF THE COURT

Considered and ordered on March 26, 2021. It is further ordered that this document shall be filed and made a part of the records in the above case.

Robert T. Numbers, II
United States Magistrate Judge