UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-180-D(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **(Under Seal)** |
| TIERA NICOLE GARDNER | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 96 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 1 day of October, 2021.

JAMES C. DEVER III
United States District Judge