IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:20-CR-00180-2D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER GRANTING** |
| | ) | **DEFENDANT'S MOTION TO** |
| v. | ) | **SEAL** |
| | ) | |
| | ) | |
| TIERA NICOLE GARDNER | ) | |

This matter comes before the Court on the motion of Defendant Tiera Nicole Gardner to seal her sentencing memorandum (DE 107). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED. Docket Entry 107 shall remain under seal.

IT IS SO ORDERED.

This the _2_ day of December, 2021.

JAMES C. DEVER III
United States District Judge