IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-180-D

UNITED STATES OF AMERICA, )
)
v. )
) **ORDER**
TIERA NICOLE GARDNER, )
)
Defendant. )

The United States SHALL file a response to defendant's motion for compassionate release

[D.E. 143] not later than June 15, 2026.

SO ORDERED. This 10 day of April, 2026.

JAMES C. DEVER III
United States District Judge